United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60102
Conference Calendar

MARIA GUADALUPE GONZALEZ-RUBIO,                    Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                                    Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 083 867
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

   Maria Guadalupe Gonzalez-Rubio (Rubio) has petitioned this court to review the Board of Immigration Appeals' order denying her motions to reopen her deportation proceeding. Pursuant to FED. R. APP. P. 28(a)(9)(A), the appellant's argument must contain the reasons for the requested relief with citation to the authorities, statutes, and parts of the record upon which she relies. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Rubio's brief fails to meet this standard. The brief contains unsupported, conclusional assertions, does not present any argument or analysis, and does not provide sufficient legal citations to support Rubio's assertions. The petition for review is DENIED, and we caution counsel that the filing of such an inadequate brief in the future will invite the imposition of sanctions.

PETITION DENIED.